## City Court.

*Special Term—May*, 1886.

### VREDENBERGH ET AL *against* BEUMONT.

Where an order to examine a debtor is founded on the fact that he
resides in this county, and the debtor moves to vacate it on the
ground that he resides in another State,—*Held*, that as in either case
the plaintiff was entitled to the order, the motion must be denied.

McADAM, Ch. J.—Plaintiff's affidavit in supplementary
proceedings charges that the defendant resides in New
York, and does business in that county. The defendant
moves to vacate the order, on the ground that he does not
reside or do business in New York, but resides in Penn-
sylvania. In either case, the order for examination is
proper (*Code*, § 2458), and as the affidavits on either side
establish the right to the order, though on different
grounds, it cannot be vacated.

The examination, must, therefore, proceed.